[No. 57631-3-I.   Division One.   January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GORDON
AITON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-03452-0, Laura C. Inveen, J., entered
January 6, 2006. *Affirmed* by unpublished per curiam
opinion.

[No. 57722-1-I.   Division One.   January 14, 2008.]

*In the Matter of the Marriage of* MICHAEL ANDREW STEWIN,
*Respondent*, and LEAH DENISE STEWIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-3-05238-0, Carol A. Schapira, J., entered
January 9, 2006. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Schindler, A.C.J., and Agid, J.

[No. 58915-6-I.   Division One.   January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND LAMONT
BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-12115-3, Richard A. Jones, J., entered
September 11, 2006. *Affirmed* by unpublished per curiam
opinion.

[No. 59233-5-I.   Division One.   January 14, 2008.]

WOODMAN CONSTRUCTION, INC., *Respondent*, v. ROY ROGERS,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-09287-4, Douglass A. North, J., entered
November 8, 2006. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Ellington, J., and Coleman, J.
Pro Tem.